NO._____

| WILLIAM PAUL LANGRUM,II | § | IN THE TEXAS COURT |
| V. | § | OF CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | AT AUSTIN |

**FILED IN**
**COURT OF CRIMINAL APP**

FEB 20 2...

Abel Acosta, Clerk

### MOTION TO SUSPEND RULE 9.3.(b) OF THE TEXAS RULE OF APPELLANT PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

Petitioner respectfully presents this motion to the court requesting the honorable court to suspend rule 9.3(b) because petitioner is unable to send to required number of copies to the court as required, and in support of this motion petitioner presents the following in support thereof;

I

Petitioner is seeking to file a PDR challenging the fifth Court of appeals decision of his appeal in cause No. 05-13-01489-CR

Petitioner does not have access to any copier machine, nor does he have access to any family members that will make copies.

Because of the facts stated here petitioner ask that this Honorable court grant this motion, and allow his to send only the original copy to the court.

WHEREFORE PREMISES CONSIDERED, petitioner pray that the court grant this motion, and allow him to send only the original copy.

_William Paul Langrum II_
WILLIAM PAUL LANGRUM,II

### CERTIFICATE OF SERVICE

PETITIONER CERTIFY THAT A TRUE AND CORRECT COPY OF THIS MOTION WAS SENT TO THE ATTORNEY FOR THE STATE ON THE 10 DAY OF FEBRUARY 2015.

_William Paul Langrum II_
WILLIAM PAUL LANGRUM,II

(1)

WILLIAM PAUL LANGRUM,II
ALLEN POLUNSKY UNIT
3872 F.M.350 SOUTH
LIVINGSTON, TEXAS77351

(2)